# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| PAULA ANN MILLIGAN and ) <br> HAROLD MONTGOMERY MILLIGAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants, ) | Civil No. 3:07-1053 <br> Judge Trauger |

### MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO FILE REPLY TO FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DELAY CONSIDERATION OF MOTION FOR SUMMARY JUDGMENT FILED BY FEDERAL DEFENDANTS UNTIL APPROPRIATE DISCOVERY CAN BE COMPLETED

COMES NOW the Plaintiffs, by and through their attorneys of record and pursuant to Local Rule 7.01(b) and moves this Honorable Court for an Order allowing the Plaintiffs to file a reply to the Federal Defendants' Response to Plaintiffs' Motion to Delay Consideration of Motion for Summary Judgment filed by the Federal Defendants until Appropriate Discovery can be Completed for the reasons set forth in the proposed Reply attached hereto as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs move this Honorable Court for an Order allowing them to file the attached Reply to the Federal Defendants' Response to Plaintiffs' Motion to Delay Consideration of Motion for Summary Judgment until Appropriate Discovery can Be Completed and for all such further relief, both general and specific, to which they may be entitled under the premises.

Case 3:07-cv-01053   Document 71   Filed 03/03/08   Page 1 of 1 PageID #: 427