UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAULA ANN MILLIGAN, and ) <br> HAROLD MONTGOMERY ) <br> MILLIGAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> et al., ) <br> ) <br> Defendants. ) | Case No. 3:07-1053 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion for Reconsideration (Docket No. 91) is **DENIED**.

It is so ordered.

Enter this 30th day of May 2008.

_____
ALETA A. TRAUGER
United States District Judge