IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PAULA ANN MILLIGAN and | ) | |
| HAROLD MONTGOMERY MILLIGAN, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-1053 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| PAULA ANN MILLIGAN and | ) | |
| HAROLD MONTGOMERY MILLIGAN, | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-0380 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | |
| *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, the motion for summary judgment filed by the defendant Sinclair Television of Nashville, Inc. (Docket No. 155) is **GRANTED** with respect to all of the plaintiffs' claims against this defendant.

The motion for summary judgment filed by the defendant Metropolitan Government of Nashville and Davidson County (Docket No. 167) is **GRANTED** in part and **DENIED** in part.

The motion is granted with respect to the plaintiffs' claims arising under Tenn. Code Ann. § 40-7-106(a), 40-7-106(b), 40-7-204, 39-16-402, and 39-16-403, and with respect to their claims of false arrest, invasion of privacy, libel, malicious prosecution, intentional infliction of emotional distress/outrageous conduct, conspiracy, and assault and battery. The motion is denied with respect to the plaintiffs' *Monell* claims alleging a failure to train or supervise and their claims of false imprisonment, negligence, and negligent infliction of emotional distress. These claims remain for adjudication, as do the plaintiffs' claims against the federal defendants under the Federal Tort Claims Act.

Finally, the motion to amend filed by the plaintiffs (Docket No. 139) is **GRANTED** except with respect to those matters stricken by the court's April 30, 2009 Order.

It is so Ordered.

Entered this 21st day of July 2009.

_____
ALETA A. TRAUGER
United States District Judge