# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PAULA ANN MILLIGAN and ) | |
| HAROLD MONTGOMERY MILLIGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:07-1053 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## CONSOLIDATED WITH

| | |
|---|---|
| PAULA ANN MILLIGAN and ) | |
| HAROLD MONTGOMERY MILLIGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:08-0380 |
| ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons expressed in the accompanying memorandum, the motion to dismiss filed by the defendant United States of America (Docket No. 189) is **GRANTED** with respect to all of the plaintiffs' claims against this defendant, the plaintiffs' motion to strike the affidavit of Denny King (Docket No. 194) is **DENIED**, and the plaintiffs' motion to reinstate their *Bivens* claims

against the individual federal defendants or to strike the United States' motion to dismiss (Docket No. 195) is **DENIED**.

It is so Ordered.

Entered this 4th day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge