IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAULA ANN MILLIGAN and )<br>HAROLD MONTGOMERY MILLIGAN, )<br>     )<br>  **Plaintiffs,** )<br>     )<br>v.   )<br>     )<br>UNITED STATES OF AMERICA, *et al.*, )<br>     )<br>  **Defendants.** ) | **Case No. 3:07-1053**<br>**Judge Trauger** |

CONSOLIDATED WITH

| | |
|---|---|
| PAULA ANN MILLIGAN and )<br>HAROLD MONTGOMERY MILLIGAN, )<br>     )<br>  **Plaintiffs,** )<br>     )<br>v.   )<br>     )<br>METROPOLITAN GOVERNMENT OF )<br>NASHVILLE AND DAVIDSON COUNTY, )<br>*et al.*, )<br>     )<br>  **Defendants.** ) | **Case No. 3:08-0380**<br>**Judge Trauger** |

## ORDER

For the reasons expressed in the accompanying memorandum, the plaintiffs' motion to reconsider the court's September 4, 2009 ruling granting the United States' motion to dismiss the plaintiffs' claims under the Federal Tort Claims Act and denying the plaintiffs' motion to reinstate their claims under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics* is **DENIED**.

It is so Ordered.

Entered this 16th day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge